UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>MEGHAN K. STRAPEC,<br><br>    Debtor. | Case No. 22-11803-JEB<br>Chapter 7 |
| MEGHAN K. STRAPEC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION<br>    Defendant<br><br>NELNET, INC.<br>    Defendant | Adv. Proc. No. 23-01024-JEB |

**STIPULATION OF DISMISSAL AS TO NELNET, INC.**

Meghan K. Strapec (the "Plaintiff") and the United States, on behalf of the U.S. Department of Education (the "DOE" or the "Defendant"), being the only parties to have appeared in this matter, by and through their respective undersigned counsel, and pursuant to Fed.R.Civ.P Rule 41(a)(1)(A)(ii), as made applicable by Fed.R.Bankr.P 7041, hereby stipulate to the dismissal of above-entitled adversary proceeding as to defendant Nelnet, Inc., without prejudice and without costs.

[The balance of the page has intentionally been left blank.]

Dated this 8th day of January 2024

| | |
|---|---|
| **MEGHAN K. STRAPEC**<br>By her attorney<br><br>STEFFANI M. PELTON<br><br>By:  /s/ Steffani M. Pelton<br>STEFFANI M. PELTON<br>Madoff & Khoury LLP<br>124 Washington Street<br>Foxborough, MA 02035<br>Tel. No. (508) 543-0040<br>pelton@mandkllp.com | **UNITED STATES OF AMERICA**<br>By its attorneys<br><br>JOSHUA S. LEVY<br>Acting United States Attorney<br><br>By:  /s/ Raquelle L. Kaye<br>RAQUELLE L. KAYE<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel. No. (617) 748-3100<br>raquelle.kaye@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a copy of the foregoing document upon all parties on the ECF service list, including counsel for the DOE and upon:

Nelnet, Inc.
121 South 13th Street, Suite 100
Lincoln, Nebraska 68508

Dated: January 8, 2024          /s/ *Steffani M. Pelton*
                                Steffani M. Pelton