

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Meghan K. Strapec<br><br>Debtor | Chapter 7<br>Case No. 22-11803-JEB |
| Meghan K. Strapec<br>Plaintiff<br><br>v.<br><br>United States Department of Education<br>Defendant | Adversary Proceeding<br>No. 23-01024-JEB |

## Order

**MATTER:**

#11 Joint Motion filed by Defendant United States Department of Education and Plaintiff Meghan K. Strapec for Entry of Stipulation and Agreement for Judgment Discharging Student Loan Indebtedness

Having reviewed the Motion and the record of the Proceedings, the Motion is granted. The Court will enter a separate judgment.

The hearing on this Motion scheduled for January 9, 2024, is canceled.

Dated: 01/08/2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge