

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>MEGHAN K. STRAPEC,<br><br>　　　　Debtor | Chapter 7<br>Case No. 22-11803-JEB |
| MEGHAN K. STRAPEC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant | Adversary Proceeding<br>No. 23-01024-JEB |

**Judgment**

**MATTER:**

#1 Complaint to Determine Dischargeability of Student Loan Debts

In accordance with the Stipulation and Agreement for Judgment approved by the Court, judgment is entered in favor of the Plaintiff, Meghan K. Strapec, and against the Defendant, United States Department of Education, as follows. The student loan obligations of the Plaintiff to the Defendant are fully discharged pursuant to Section 523(a)(8) of the Bankruptcy Code.

Dated: January 9, 2024

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge